IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02000-PAB-MEH

DONALD B. WINGERTER, JR., and
GREENHORN RANCH LLC,

     Plaintiffs,

v.

ALLISON H. GERBER,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 7, 2010.**

     Pending before the Court is Plaintiffs' Motion for Leave to File the Amended Reply of [Plaintiffs] to Counterclaims and Wingerter's Cross Claim against Gerber [filed January 4, 2010; docket #26]. According to Plaintiffs, Defendant takes no position on the motion. Perceiving no undue delay nor prejudice, the Court finds that justice requires the Court to **grant** Plaintiffs' motion. The Clerk of the Court is directed to file the Amended Reply [Answer] found at docket #26-3. Defendant shall respond in accordance with Fed. R. Civ. P. 15.