IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02000-PAB-MEH

DONALD B. WINGERTER, JR., and
GREENHORN RANCH LLC,

    Plaintiffs,

v.

ALLISON H. GERBER,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 11, 2010.**

    Plaintiffs' Unopposed Motion for Entry of Protective Order [filed January 8, 2010; docket #29] is **granted** as modified.[1]  The Protective Order is filed contemporaneously with this minute order.

---

[1] *See* paragraphs 10 and 12; *see also Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382, 388-89 (D. Colo. 2000).