IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 09-cv-02000-PAB-MEH | Date: March 26, 2010 |
| Courtroom Deputy: Kathleen Finney | **FTR – Courtroom C203** |

| | |
|---|---|
| DONALD B. WINGERTER, JR., and<br>GREENHORN RANCH LLC, | John A. DeSisto<br>Matthew A. Morr |
| Plaintiff(s); | |
| vs. | |
| ALLISON H. GERBER, | Ross Whiting Pulkrabek<br>Dan Wartell |
| Defendant(s). | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:** 10:09 a.m.

Court calls case. Appearances of counsel.

Opening statements by the Court.

Plaintiff's argument by Matthew Morr.
Defendant's argument by Ross W. Pulkrabek.

For reasons stated on the record,

**ORDERED:** Allison Gerber's Motion to Compel Production of Documents and Things by Donald B. Wingerter Jr. and Greenhorn Ranch LLC [Doc. No. 36, filed 1/27/2010] is **GRANTED.**

**ORDERED:** The documents, as stated on the record, shall be produced **on or before APRIL 16, 2010.**

**HEARING CONCLUDED.**

**Court in recess: 10:33 a.m.**
**Total time in court:** 00:25

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.